**Peggy Lue COLEMAN (Widow of Everett Dean Coleman), Petitioner,**

v.

**CEDAR COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 13–2072.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2014.

Decided: Feb. 26, 2014.

Peggy Lue Coleman, Petitioner Pro Se. Mark Joseph Grigoraci, David Y. Yaussey, Robinson & McElwee, PLLC, Charleston, West Virginia; Sarah Marie Hurley, Gary K. Stearman, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER, DAVIS, and DIAZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Coleman seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Coleman v. Cedar Coal Co.,* No. 12–0298–BLA (B.R.B. Feb. 27, 2013; July 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*